RECEIVED
CHARLOTTE, N.C.

MAR 1 4 2011

Clerk, U. S. Dist. Court
W. Dist. of N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Jose Carlos Velez-Colon<br><br>Plaintiff<br><br>-v-<br><br>[1] Bank of America Corporation;<br>[2] DOES 1 through 100 inclusive<br><br>Defendants | CIVIL NO: 3:11cv126<br><br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT**

TO THE HONORABLE COURT:

NOW COMES Plaintiff, Jose Carlos Velez-Colon, pro se, and respectfully states and prays as follows:

**INTRODUCTION**

1. This is an action for damages resulting from federal and state-law violations caused to plaintiff due to intentional and/or grossly negligent and negligent acts of defendant, taken in reckless disregard and deliberate indifference of the consumer rights of the plaintiff. Defendant obtained plaintiff's consumer report without telling the consumer reporting agency of the true purpose of the report, or indicated the purpose to be something other than the true purpose, actionable under 15 U.S.C. 1581 et. Seq. and PR ST T. 7 §

-1-

2031 et seq[1]. Defendant also failed to notify "adverse action" as required pursuer to PR ST T. 7 § 2034; and Defendants unlawfully recorded telephone conversations with Plaintiff in violation of the Puerto Rico Constitution and Art. 1802 of the Puerto Rico Civil Code. All events have a common nucleolus of operative facts.

## JURISDICTION &VENUE

2. Jurisdiction of this Court arises because a federal question is involved, 15 U.S.C. §§ 1681 et seq., and under 28 U.S.C. § 1332(a)(2) because there is complete diversity between the parties and the amount in controversy is $75,000 or more, exclusive interests and costs.

3. Jurisdiction also arises under the doctrine of pendent jurisdiction.

4. Venue is proper pursuant to 28 U.S.C. § 1391(d) because Defendant Bank of America Corporation principal place of business is in this District.

## PARTIES

5. Plaintiff is a consumer as defined in 15 U.S.C. § 1681a and PR ST T. 7 § 2031.

6. Defendant **BANK OF AMERICA CORPORATION** is a National Bank, as defined by federal law. Its headquarter is located in this District at:

> Bank of America Corporation
> 100 North Tryon Street
> Charlotte, NC 28255
> Phone: 704-386-5681
> Fax: 704-386-6699
> Website: http://www.bankofamerica.com

7. Plaintiff is not aware of the true names and capacities of the defendants sued as **DOES** 1 through 100, inclusive, and therefore sues these defendants by such fictitious names. Each

---

[1] Puerto Rico state law adopts and expands consumer rights under the federal law known as Fair Credit Reporting Act (FCRA). Accordingly, we may refer to the FCRA in

of these fictitiously named defendants is responsible in some manner for the activities alleged in this Complaint. Plaintiff will seek leave of Court to amend this Complaint to replace the fictitious names of these entities with their true names when they are discovered.

8. Each of the aforementioned Defendants is responsible in some manner, either by act or omission, strict liability, fraud, deceit, fraudulent concealment, negligence, respondeat superior, breach of contract or otherwise, for the occurrences herein alleged. At all times material hereto and mentioned herein, each of the Defendants sued herein was the agent, servant, employer, joint venturer, partner, division, owner, subsidiary, alias, aider and abettor, assignee and/or alter-ego of each of the remaining Defendants and was at all times acting within the purpose and scope of such agency, servitude, joint venture, division, ownership, subsidiary, alias, assignment, alter-ego, partnership or employment and with the authority, consent, approval and ratification of each remaining Defendant. At all times herein mentioned, each Defendant was acting in concert or participation with each other, and/or aided and abetted the other Defendants, and/or was a joint participant and collaborator in the acts complained of, and/or was the agent or employee of the others in doing the acts complained of herein, each and all of them acting within the course and scope of said agency and/or employment by the others, each and all of them acting in concert one with the other and all together. Each Defendant was the co-conspirator, aider and abettor, agent, servant, employee, assignee and/or joint venturer of each of the other Defendants and was acting within the course and scope of said

this action.

conspiracy, agency, employment, assignment and/or joint venture and with the permission and consent of each of the other Defendants.

## FACTUAL ALLEGATIONS

### A. Defendants Obtained and Used Plaintiff's Consumer Report from a Consumer Reporting Agency.

9. In February 2010, Defendants obtained some information regarding Plaintiff from a national credit bureau known as Trans Union.

10. Trans Union is, and was during the times relevant to this action, a "consumer reporting agency" as that term is defined at 15 U.S.C. § 1681a and PR ST T. 7 § 2031.

11. On In February 2011 Trans Union furnished a document, information or report concerning Plaintiff, and that document, or information or report was furnished through means of interstate commerce.

12. The hereinbefore information retrieved from TransUnion by Defendant bears on Plaintiff's credit worthiness, credit standing and credit capacity.

13. The said information bears on Plaintiff's character, general reputation, personal characteristics, or mode of living.

14. The said information was collected by Trans Union in whole or in part for the purpose of serving as a factor in establishing Plaintiff's eligibility for credit or insurance to be used primarily for personal, family, or household purposes; or employment purposes.

-4-

Case 3:11-cv-00126-GCM   Document 2   Filed 03/14/11   Page 4 of 20

15. Trans Union originally collected the said information contained in the said report expecting it to be used for one of the permissible purposes, as defined at section 604 of the Fair Credit Reporting Act.

16. In February 2011, Defendant's agent obtained Plaintiff's "consumer report" from Trans Union, as that term is defined at 15 U.S.C. § 1681a and PR ST T. 7 § 2031.

17. Mr. Velez-Colon is the person specifically identified in the hereinbefore consumer report prepared by the consumer reporting agency.

18. Upon knowledge and belief, Plaintiff affirmatively avers that Defendant also obtained Plaintiff's consumer report from other consumer reporting agencies, e.g. Equifax, Inc. and Experian Information Solutions, Inc. and used it in violation of the FCRA. The extent of Defendants violations to federal law is discoverable thought interrogatories, requests for admission and/or depositions.

### B. THE CONSUMER LEARNS THAT DEFENDANTS OBTAINED HIS CONSUMER REPORT

19. On March 4, 2011, Plaintiff obtained a copy of his consumer report from Trans Union; and a true copy of that report is included as **Exhibit No. I.**

20. Exhibit No. I reflects that Defendant received Plaintiff's consumer report.

21. One of the "inquiries" listed under the "Account Review Inquiries" section of Exhibit No. 1 at 8 is described as follows:

**BANK OF AMERICA**
4161 PIEDMONT PKWY　　　　Requested On:　　02/2011
1825 E BUCKEYE RD
GREENSBORO , NC 27410
(800) 451-6362

-5-

Case 3:11-cv-00126-GCM   Document 2   Filed 03/14/11   Page 5 of 20

### C. CAUSES OF ACTIONS AGAINST EACH DEFENDANT

### COUNT I
### DEFENDANTS OBTAINED PLAINTIFF'S CONSUMER REPORT
### WITHOUT PROPER CERTIFICATION
### 15 U.S.C. 1681b(f)

22. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as fully stated herein.

23. In February 2011, Defendants' agents intentionally or recklessly obtained Plaintiff's consumer report <u>without proper certification</u> in violation of 15 U.S.C. 1681b(f) because Defendants failed to certify the purpose of the report or certified that they were obtaining the consumer report for account review when Defendants actually obtained and used Plaintiff's consumer report for "collection purposes" purposes. The certified purpose and its actual use were inconsistent or the actual use was beyond the scope of the certification in violation of 15 U.S.C. 1681b(f).

24. In February 2011, Defendants' agents intentionally, recklessly or negligently obtained Plaintiff's consumer report without telling the consumer reporting agency of the true purpose of the report, or indicated the purpose to be something other than the true purpose.

25. Defendants obtained or used Plaintiff's consumer report without a permissible purpose under federal law.

26. The foregoing acts and omissions of Defendants constitute numerous and multiple violations of the FCRA including, but not limited to, of the above-cited provisions of the FCRA, 15 U.S.C. § 1681 et seq., with respect to Plaintiff.

-6-

27. Defendants conduct was intentional or reckless because it failed to establish reasonable procedures, supervision and training to its employees with regard to their obligations under the FCRA; and Defendants intentionally or recklessly failed to comply with the FCRA when they obtained and used Plaintiff's consumer report without proper certification and/or without a permissible purpose with civil sanctions available under 15 U.S.C.A. §§ 1681n or 1681o. Accordingly, Plaintiff seeks, inter alia, statutory and punitive damages pursuant to *Safeco Ins. Co. v. Burr*, No. 06-84, 2007 U.S. LEXIS 6963 (June 4, 2007) in view of Defendants' reckless disregard to their statutory duties.

28. One of the cardinal goals of the FCRA is to protect the accuracy of consumer reports for the reason inaccurate reports affect the banking industry, the consumer, and the macroeconomics of this Nation. If users of consumers reports adopt the habit of, for example, certifying to the consumer reporting agencies that they will use a consumer report for employment purposes when the user of the report actually uses the report for extending credit (or vise versa), then other legitimate users of consumer reports will take action based on inaccurate and erroneous information. Thus, the aegis protection of the FCRA over the economy is damaged.

### DEFENDANT FAILED TO NOTIFY "ADVERSE ACTION" UNDER THE LAWS OF PUERTO RICO
### PR ST T. 7 § 2035

29. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as fully stated herein.

30. Plaintiff is a resident of the USA Commonwealth Puerto Rico ("Puerto Rico").

31. Since 2003, Defendants knew that Plaintiff was a resident of Puerto Rico.

-7-

Case 3:11-cv-00126-GCM   Document 2   Filed 03/14/11   Page 7 of 20

32. In numerous occasions, Defendants have contacted Plaintiff to his telephone number and the area code Plaintiff's telephone number is linked to the Commonwealth of Puerto Rico.

33. Defendants had no statutory or otherwise any legal obligation to report positive or negative information concerning Plaintiff under the Fair Credit Reporting Act or the laws of Puerto Rico, PR ST T. 7 § 2031 et seq. However, Defendants knowingly opted to report information regarding Plaintiff and Defendants are required to comply with federal and state law.

34. Defendant reported to Trans Union "adverse action" within the meaning of PR ST T. 7 § 2031 and PR ST T. 7 § 2034 with respect to Plaintiff on, *at least*, sixteen instances: (1) April 2007; (2) May 2007; (3) Jun 2007; (4) Jul 2007; (5) Jul 2007; (6) Aug 2007; (7) Nov 2007; (8) Sep 2008; (9) Jan 2009; (10) May 2009; (11) Jun 2009; (12) Jan 2010; (11)June 2010; (12) Jul 2010; (13) Oct 2010; (14) Jan 2011; (15) Feb 2011 and; (16) March 2011.

35. Plaintiff beliefs and on that basis alleges that Defendants failed to notify Plaintiff about other adverse reports to other consumer reporting agencies, e.g. Equifax and Experian. The actual extent of Defendants' violations is discoverable through interrogatories, requests for admissions or, alternatively, depositions. Plaintiff will seek leave to amend complaint to include such violations.

36. Defendants failed comply with the "adverse action" notification requirements under PR ST T. 7 § 2034 with regard to the "adverse action" events (1 – 16) described in the preceding paragraph.

37. As a result of Defendants' violations of the PR ST T. 7 § 2031 et seq. Plaintiff is entitled to statutory damages ranging from $1,000 to $5,000 for *each* violation.

### COUNT III: UNLAWFUL RECORDING OF TELEPHONE CONVERSATIONS - VIOLATIONS UNDER ARTICLE 2, SECTION 10 OF THE PUERTO RICO CONSTITUTION (BILL OF RIGHTS)

38. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

39. Defendants attempted to collect monies from Plaintiff via telephone in more than twenty instances.

40. Defendants knew that Plaintiff was a resident of Puerto Rico and knowingly dialed to Plaintiff's telephone number, (787) 457-4434. Puerto Rico telephone area code is "787."

41. Defendants called on several instances and, after Plaintiff's a machine stated in English or Spanish: "this conversation may be recorded for quality or training purposes" or a statement to that effect.

42. Defendants misleadingly stated that the conversation "may" be recorded when they had the specific intention of recording the telephone conversation in all instances.

43. According to the customs in language in Puerto Rico, when someone states "podria ser grabada" ("may be recorded") it means that it is possible, not necessary, that the telephone conversation is recorded.

44. In Puerto Rico and in Spanish, the auxiliary verb "may" is not an equivalent or quasi-equivalent to "will", e.g. "the conversation will be recorded." Accordingly, Defendant using such recorded statements specifically in Puerto Rico was an unfair, misleading and unconscious business practice.

-9-

45. Puerto Rico Constitution prohibits the recording of telephone conversation. PR CONST ART. 2 § 10. Defendants recorded telephone conversations with Plaintiff in more than twenty (20) instances.

46. According to Puerto Rico case law, privacy rights under PR CONST ART. 2 § 10 can only be waived expressly through <u>affirmative and unequivocal actions</u>, not indirectly.

47. At no time material hereto Plaintiff expressly made an express affirmative and unequivocal action or statement to the effect that he consented the recording of telephone conversations by Defendants.

48. Defendant willfully, knowingly and purposely contacted a Puerto Rico resident who was located in Puerto Rico and recorded its telephone with Plaintiff's in reckless disregard or with deliberate indifference and/or willful blindness to the laws of Puerto Rico (including a criminal statute) and the Constitution of Puerto Rico.

49. Plaintiff beliefs and on that basis alleges that Defendants or its agents/attorneys have never researched Puerto Rico law before recording telephone conversations in Puerto Rico. Alternatively, Defendants failed to conduct an adequate research before recording telephone conversations in Puerto Rico.

**TRIAL BY JURY**

50. Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable.

51. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

52. The foregoing acts and omissions of Defendant and its agents constitute numerous and multiple violations of the FCRA including, but not limited to, of the above-cited provisions of the FCRA, 15 U.S.C. § 1681 et seq., with respect to Plaintiff.

53. As a result of Defendant's violations 15 U.S.C. § 1681 et seq Plaintiff is entitled any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000 pursuant to 15 U.S.C. § 1681n(a)(1)(a); punitive damages as the court may allow pursuant to 15 U.S.C. § 1681n(a)(2); and reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1681n(a)(3), from Defendant herein; and not less than $1000 and not more than $5,000 pursuant to PR ST T. 7 § 2039; and damages as a result of defendants Constitutionals violations and/or violations to Art. 1802 of the Puerto Rico Civil Code.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant:

- For an award of statutory damages pursuant to 15 U.S.C. § 1681n(a), 15 U.S.C.A. § 1681o for each violation under the FCRA.

- For an award of statutory damages not less than $1000 and not more than $5,000 pursuant PR ST T. 7 § 2039 against Defendant and for Plaintiff for each violations (x16).

- For an award of punitive damages as the court may allow pursuant to 15 U.S.C. § 1681n(a)(2) and as a result of Defendants willful violations to the Puerto Rico laws and Constitution in excess of $500,000.

- Actual damages as a result of Defendants willful violations to the Puerto Rico laws and Constitution in excess of $500,000.

-11-

- Prejudgment interests pursuant to 15 U.S.C. § 1681 et.seq.

- For an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1681(a)(3) against Defendant and for Plaintiff; and

- For such other and further relief as may be just and proper.

Dated: March 9, 2011

Respectfully submitted,

*[signature]*

Jose Carlos Velez-Colon

PO BOX 142574 Arecibo PR 0014
Telephone: (787) 457-4434
E-mail: jcvelezcolon@yahoo.com

IN PRO SE

*Exhibit I to Complaint*



your products   your account   help   logout

welcome | credit report | score | security freeze | 3-in-1 report | credit monitoring | debt analysis | learning center | savings source

transunion credit report   report an inaccuracy   consumer rights

# Personal Credit Report

**JOSE CARLOS VELEZ COLON**
Source: TransUnion

March 4, 2011
Available until April 3, 2011

### Get Instant Message Updates About Your Credit Report
- Alerts you to possible fraud
- Sent to your desktop
- No need to check email

Free downloadable application
Learn more >>



High Debt? 
Erase it Here

Capital One
Card Offers

Refinance! 
GTLenders.com

🖨 Display a printer friendly version
 Found an inaccuracy? Click to learn about correcting

## Personal Information

| | | |
|---|---|---|
| | | **File Number:** 234378941 |
| | | **Date issued:** 03/04/2011 |
| **Name:** JOSE CARLOS VELEZ COLON | **SSN:** | 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 |
| | **Date of Birth:** | 11/1982 |
| You have been on our files since 05/2003 | **Telephone** | 457-4434 |

**CURRENT ADDRESS**

Address:    PO BOX 142574
                ARECIBO, PR 00614

Date Reported: 04/2006

**PREVIOUS ADDRESSES**

Address:    3600 S. LAS VEGAS BV.
                LAS VEGAS, NV 89109

Date Reported: 03/2006

Address:    PO BOX 6693
                MAYAGUEZ, PR 00681

## EMPLOYMENT DATA REPORTED

| Employer Name: | AGRONOMO | Position: | |
| Date Verified: | 05/2009 | Date Hired: | |

| Employer Name: | HIDROCULTIVOS JC | Position: | |
| Date Reported: | 03/2005 | Date Hired: | |

| Employer Name: | SE AGRICULTURA | Position: | NEGOCIO PROPIO |
| Location: | HATILLO, PR | Date Hired: | |
| Date Reported: | 02/2005 | | |

Special Notes: The display of your account numbers has been modified for your protection. Also if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information that some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.

### BANCO DE DESARR ECON PR #11010019716****

PO BOX 2134
SAN JUAN, PR 00922-2134
(809) 766-4300

| | |
|---|---|
| Balance: | $4,211 |
| Date Updated: | 02/2011 |
| High Balance: | $15,340 |
| Past Due: | >$203< |
| Terms: | $191 for 85 months |

| | |
|---|---|
| Pay Status: | >30 Days Past Due< |
| Account Type: | Installment Account |
| Responsibility: | Individual Account |
| Date Opened: | 09/2005 |

**Loan Type:** Agricultural Loan
>Maximum delinquency of 60 days in 06/2007<
**Estimated date that this item will be removed:** 01/2018

**Late Payments**
48 months
30 / 60 / 90
>3< >1< 0

Last 48 Months: '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep aug jul jun may apr mar feb / '09 dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct sep aug jul jun may apr mar feb

### BANCO DE DESARR ECON PR #454925247100****

POB 2134
SAN JUAN, PR 00922
(787) 641-4300

| | |
|---|---|
| Balance: | $7,088 |
| Date Updated: | 02/2011 |
| High Balance: | $7,158 |
| Credit Limit: | $7,000 |
| Past Due: | $0 |
| Terms: | Minimum $148 |

| | |
|---|---|
| Pay Status: | Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 03/2005 |

**Loan Type:** Credit Card

**Late Payments**
48 months
30 / 60 / 90
>1< 0 0

### BANCO DE DESARR ECON PR #11010019711****

PO BOX 2134
SAN JUAN, PR 00922-2134
(809) 766-4300

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 08/2007 |
| High Balance: | $23,260 |
| Past Due: | $0 |
| Terms: | $0 for 13 months |

| | |
|---|---|
| Pay Status: | Paid or Paying as Agreed |
| Account Type: | Installment Account |
| Responsibility: | Individual Account |
| Date Opened: | 09/2005 |
| Date Closed: | 08/2007 |

**Loan Type:** Agricultural Loan
**Remark:** Closed
>Maximum delinquency of 120+ days in 02/2007<

**Late Payments**
22 months
30 / 60 / 90
>1< >1< >7<

Last 22 Months: jul jun may apr mar feb '07 dec nov oct sep aug jul jun may apr mar feb '06 dec nov oct

### BANK OF AMERICA #6501000561****

9000 SOUTHSIDE BLV
BLDG 600 FL9-600-0
JACKSONVILLE, FL 32256
(800) 215-6195

| | |
|---|---|
| Balance: | $4,457 |
| Date Updated: | 02/2011 |
| High Balance: | $18,814 |
| Past Due: | >$660< |
| Terms: | $330 for 72 months |

| | |
|---|---|
| Pay Status: | >60 Days Past Due< |
| Account Type: | Installment Account |
| Responsibility: | Individual Account |
| Date Opened: | 12/2005 |

**Loan Type:** Automobile
>Maximum delinquency of 90 days in 06/2007<
**Estimated date that this item will be removed:** 12/2017

**Late Payments**
48 months
30 / 60 / 90
>12< >2< >1<

## CREDIT PROTECTION ASSOC #821199001299****

13355 NOEL RD
STE 2100
DALLAS, TX 75240
(972) 233-9614

| | | | |
|---|---|---|---|
| **Balance:** | $198 | **Pay Status:** | >Collection Account< |
| **Date Updated:** | 02/2011 | **Account Type:** | Open Account |
| **Original Balance:** | $198 | **Responsibility:** | Individual Account |
| **Original Creditor:** | 11 ONELINK COMMUNICATIONS | | |
| **Past Due:** | >$198< | | |

**Loan Type:** Collection Agency Attorney
**Remark:** >Placed for collection<
**Date placed for collection:** [07/2010]
**Estimated date that this item will be removed:** 05/2017

## TOYOTA MOTOR CREDIT CORP #7040400075406****

5005 N RIVER BLVD
CEDAR RAPIDS, IA 52411-6634
Phone number not available

| | | | |
|---|---|---|---|
| **Balance:** | $1,253 | **Pay Status:** | >30 Days Past Due< |
| **Date Updated:** | 01/2011 | **Account Type:** | Installment Account |
| **High Balance:** | $22,556 | **Responsibility:** | Individual Account |
| **Past Due:** | >$313< | **Date Opened:** | 04/2005 |
| **Terms:** | $313 for 72 months | | |

**Loan Type:** Automobile
**Remark:** Dispute resolved - customer disagrees
>Maximum delinquency of 60 days in 07/2010 for $538<
**Estimated date that this item will be removed:** 11/2017

**Late Payments**
48 months
30 60 90
>5< >3< 0

**Last 48 Months**

OK 60 30 OK 60 30 30 OK 30 OK OK OK OK OK OK OK OK OK OK OK OK OK 30 OK
dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep aug jul jun may apr mar feb '09

OK OK 30 OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct sep aug jul jun may apr mar feb '07

## VERIZON WIRELESS #70027****

PO BOX 70367
SAN JUAN, PR 00936-8367
(787) 759-6000

| | | | |
|---|---|---|---|
| **Balance:** | | **Pay Status:** | >60 Days Past Due< |
| **Date Updated:** | 12/2008 | **Account Type:** | Open Account |
| **High Balance:** | $13 | **Responsibility:** | Individual Account |
| | | **Date Opened:** | 09/2008 |

**Loan Type:** Cellular
>Maximum delinquency of 60 days in 12/2008<
**Estimated date that this item will be removed:** 10/2015

## Satisfactory Accounts

The following accounts are reported with no adverse information.

## ACCESS GROUP INC #6666****

1411 FOULK RD
POB 7430
WILMINGTON, DE 19803-2727
(800) 282-1550

| | | | |
|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 08/2010 | **Account Type:** | Installment Account |
| **High Balance:** | $8,188 | **Responsibility:** | Individual Account |
| **Past Due:** | $0 | **Date Opened:** | 09/2009 |
| **Terms:** | $102 for 120 months | **Date Closed:** | 08/2010 |

**Loan Type:** Student Loan
**Remark:** Closed

**Late Payments**
10 months
30 60 90
0 0 0

**Last 10 Months**

OK OK OK OK OK OK OK OK OK OK
jul jun may apr mar feb '10 dec nov oct

## ACCESS GROUP INC #6666****

1411 FOULK RD
POB 7430
WILMINGTON, DE 19803-2727
(800) 282-1550

| | | | |
|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 08/2010 | **Account Type:** | Installment Account |
| **High Balance:** | $8,500 | **Responsibility:** | Individual Account |
| **Past Due:** | $0 | **Date Opened:** | 09/2009 |
| **Terms:** | $98 for 120 months | **Date Closed:** | 08/2010 |

**Loan Type:** Student Loan
**Remark:** Closed

**Late Payments**
10 months

**Last 10**

OK OK OK OK OK OK OK OK OK OK

| 30 | 60 | 90 | Months | jul jun may apr mar feb '10 dec nov oct |
|---|---|---|---|---|
| 0 | 0 | 0 | | |

## ACCESS GROUP INC #3976****

1411 FOULK RD
POB 7430
WILMINGTON , DE 19803-2727
(800) 282-1550

| | | | | |
|---|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 09/2009 | **Account Type:** | Installment Account |
| **High Balance:** | $8,500 | **Responsibility:** | Individual Account |
| **Past Due:** | $0 | **Date Opened:** | 10/2008 |
| **Terms:** | $98 for 120 months | **Date Closed:** | 09/2009 |

**Loan Type:** Student Loan
**Remark:** Closed

**Late Payments**
10 months

| 30 | 60 | 90 | Last 10 Months | aug jul jun may apr mar feb '09 dec nov |
|---|---|---|---|---|
| 0 | 0 | 0 | | OK OK OK OK OK OK OK OK OK OK |

## ACCESS GROUP INC #3976****

1411 FOULK RD
POB 7430
WILMINGTON , DE 19803-2727
(800) 282-1550

| | | | | |
|---|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 09/2009 | **Account Type:** | Installment Account |
| **High Balance:** | $11,080 | **Responsibility:** | Individual Account |
| **Past Due:** | $0 | **Date Opened:** | 10/2008 |
| **Terms:** | $145 for 120 months | **Date Closed:** | 09/2009 |

**Loan Type:** Student Loan
**Remark:** Closed

**Late Payments**
10 months

| 30 | 60 | 90 | Last 10 Months | aug jul jun may apr mar feb '09 dec nov |
|---|---|---|---|---|
| 0 | 0 | 0 | | OK OK OK OK OK OK OK OK OK OK |

## AES #5970184290****

POB 2461
HARRISBURG , PA 17102-2461
(800) 233-0557

| | | | | |
|---|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 09/2005 | **Account Type:** | Installment Account |
| **High Balance:** | $2,700 | **Responsibility:** | Individual Account |
| **Collateral:** | DEFERRED TO 06212005 | **Date Opened:** | 03/2004 |
| **Past Due:** | $0 | **Date Closed:** | 09/2005 |
| **Terms:** | $0 for 1 months | | |

**Loan Type:** Student Loan
**Remark:** Account closed by consumer

**Late Payments**
17 months

| 30 | 60 | 90 | Last 17 Months | aug jul jun may apr mar feb '05 dec nov oct sep aug jul jun may apr |
|---|---|---|---|---|
| 0 | 0 | 0 | | OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK |

## AES #5970184290****

POB 2461
HARRISBURG , PA 17102-2461
(800) 233-0557

| | | | | |
|---|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 09/2005 | **Account Type:** | Installment Account |
| **High Balance:** | $2,750 | **Responsibility:** | Individual Account |
| **Collateral:** | DEFERRED TO 06212005 | **Date Opened:** | 10/2004 |
| **Past Due:** | $0 | **Date Closed:** | 09/2005 |
| **Terms:** | $0 for 1 months | | |

**Loan Type:** Student Loan
**Remark:** Account closed by consumer

**Late Payments**
10 months

| 30 | 60 | 90 | Last 10 Months | aug jul jun may apr mar feb '05 dec nov |
|---|---|---|---|---|
| 0 | 0 | 0 | | OK OK OK OK OK OK OK OK OK OK |

## AES/ BANK OF NEW YORK US #5616052194PA0****

POB 2461
HARRISBURG , PA 17102-2461

| | | | | |
|---|---|---|---|---|
| **Balance:** | $4,250 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 01/2011 | **Account Type:** | Installment Account |

(800) 233-0557     **High Balance:** $4,250     **Responsibility:** Individual Account
                     **Collateral:** DEFERRED TO 07312011     **Date Opened:** 01/2007
                     **Past Due:** $0
                     **Terms:** $0 for 119 months

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**     **Last 47**     [OK for dec '10 through feb '09]
47 months     **Months**     [OK for dec '08 through feb '08]
30 60 90
0   0   0

## AES/ BANK OF NEW YORK US #5616052194PA0****

POB 2461                **Balance:** $5,000     **Pay Status:** Paid or Paying as Agreed
HARRISBURG, PA 17102-2461   **Date Updated:** 01/2011     **Account Type:** Installment Account
(800) 233-0557         **High Balance:** $5,000     **Responsibility:** Individual Account
                            **Collateral:** DEFERRED TO 07312011     **Date Opened:** 01/2007
                            **Past Due:** $0
                            **Terms:** $0 for 119 months

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**     **Last 47**     [OK for dec '10 through feb '09]
47 months     **Months**     [OK for dec '08 through feb '08]
30 60 90
0   0   0

## BANK OF AMERICA #543891001970****

PO BOX 17054         **Balance:** $2,561     **Pay Status:** Paid or Paying as Agreed
WILMINGTON, DE 19850-7054   **Date Updated:** 02/2011     **Account Type:** Revolving Account
(800) 421-2110         **High Balance:** $2,561     **Responsibility:** Individual Account
                          **Credit Limit:** $2,500     **Date Opened:** 09/2003
                          **Past Due:** $0
                          **Terms:** Minimum $88

**Loan Type:** Credit Card

**Late Payments**     **Last 33**     [OK for '11 dec through feb '10 dec through feb]
33 months     **Months**     [OK for '09 dec nov oct sep aug jul jun may]
30 60 90
0   0   0

## CITIFINANCIAL #1581422011****

APTDO 1962           **Balance:** $0     **Pay Status:** Paid or Paying as Agreed
ARECIBO, PR 00613   **Date Updated:** 09/2005     **Account Type:** Installment Account
(787) 878-5000        **High Balance:** $3,000     **Responsibility:** Individual Account
                          **Past Due:** $0     **Date Opened:** 03/2005
                          **Terms:** $115 for 42 months     **Date Closed:** 09/2005

**Loan Type:** Unsecured
**Remark:** Closed

**Late Payments**     **Last 5**     [OK for aug jul jun may apr]
5 months     **Months**
30 60 90
0   0   0

## FEDLOAN SERVICING #6314082554FD0****

POB 69184           **Balance:** $8,188     **Pay Status:** Paid or Paying as Agreed
HARRISBURG, PA 17106   **Date Updated:** 01/2011     **Account Type:** Installment Account
(800) 699-2908        **High Balance:** $8,188     **Responsibility:** Individual Account
                          **Collateral:** DEFERRED TO 07312011     **Date Opened:** 09/2009
                          **Past Due:** $0
                          **Terms:** $0 for 119 months

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**     **Last 3**     [OK for dec nov oct]
3 months     **Months**
30 60 90
0   0   0

3/4/2011  TransUnion

### FEDLOAN SERVICING #6314082554FD0****

POB 69184  
HARRISBURG , PA 17106  
(800) 699-2908

| | |
|---|---|
| Balance: | $8,500 |
| Date Updated: | 01/2011 |
| High Balance: | $8,500 |
| Collateral: | DEFERRED TO 07312011 |
| Past Due: | $0 |
| Terms: | $0 for 120 months |

| | |
|---|---|
| Pay Status: | Paid or Paying as Agreed |
| Account Type: | Installment Account |
| Responsibility: | Individual Account |
| Date Opened: | 09/2009 |

**Loan Type:** Student Loan  
**Remark:** Payment deferred

**Late Payments**  
3 months  
30  60  90  
0    0    0

**Last 3 Months**  OK OK OK  dec nov oct

### FEDLOAN SERVICING #6314082554FD0****

POB 69184  
HARRISBURG , PA 17106  
(800) 699-2908

| | |
|---|---|
| Balance: | $4,250 |
| Date Updated: | 01/2011 |
| High Balance: | $4,250 |
| Collateral: | DEFERRED TO 07312011 |
| Past Due: | $0 |

| | |
|---|---|
| Pay Status: | Paid or Paying as Agreed |
| Account Type: | Installment Account |
| Responsibility: | Individual Account |
| Date Opened: | 10/2010 |

**Loan Type:** Student Loan  
**Remark:** Payment deferred

**Late Payments**  
2 months  
30  60  90  
0    0    0

**Last 2 Months**  OK OK  dec nov

### FEDLOAN SERVICING #6314082554FD0****

POB 69184  
HARRISBURG , PA 17106  
(800) 699-2908

| | |
|---|---|
| Balance: | $4,490 |
| Date Updated: | 01/2011 |
| High Balance: | $4,490 |
| Collateral: | DEFERRED TO 07312011 |
| Past Due: | $0 |

| | |
|---|---|
| Pay Status: | Paid or Paying as Agreed |
| Account Type: | Installment Account |
| Responsibility: | Individual Account |
| Date Opened: | 10/2010 |

**Loan Type:** Student Loan  
**Remark:** Payment deferred

**Late Payments**  
2 months  
30  60  90  
0    0    0

**Last 2 Months**  OK OK  dec nov

### Fed Loan Servicing #6314082554FD0****

PO Box 69184  
HARRISBURG , PA 17106  
(800) 699-2908

| | |
|---|---|
| Balance: | $8,500 |
| Date Updated: | 01/2011 |
| High Balance: | $8,500 |
| Collateral: | DEFERRED TO 07312011 |
| Past Due: | $0 |
| Terms: | $0 for 119 months |

| | |
|---|---|
| Pay Status: | Paid or Paying as Agreed |
| Account Type: | Installment Account |
| Responsibility: | Individual Account |
| Date Opened: | 10/2008 |

**Loan Type:** Student Loan  
**Remark:** Payment deferred

**Late Payments**  
14 months  
30  60  90  
0    0    0

**Last 14 Months**  OK OK OK OK OK OK OK OK OK OK OK OK OK OK  
dec nov oct sep aug jul jun may apr mar feb '10 dec nov

### Fed Loan Servicing #6314082554FD0****

PO Box 69184  
HARRISBURG , PA 17106  
(800) 699-2908

| | |
|---|---|
| Balance: | $11,080 |
| Date Updated: | 01/2011 |
| High Balance: | $11,080 |
| Collateral: | DEFERRED TO 07312011 |
| Past Due: | $0 |
| Terms: | $0 for 119 months |

| | |
|---|---|
| Pay Status: | Paid or Paying as Agreed |
| Account Type: | Installment Account |
| Responsibility: | Individual Account |
| Date Opened: | 10/2008 |

Case 3:11-cv-00126-GCM   Document 2   Filed 03/14/11   Page 18 of 20

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**
14 months
30   60   90
0    0    0

**Last 14 Months:** OK OK OK OK OK OK OK OK OK OK OK OK OK OK
dec nov oct sep aug jul jun may apr mar feb '10 dec nov

### NATIONAL EDUACATION / GL #59701842983****

P.O. BOX 7860
MADISON, WI 53707
(608) 246-1750

| | | | |
|---|---|---|---|
| **Balance:** | $17,450 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 01/2011 | **Account Type:** | Installment Account |
| **High Balance:** | $19,298 | **Responsibility:** | Individual Account |
| **Collateral:** | DEFERRED TO 01312011 | **Date Opened:** | 09/2007 |
| **Past Due:** | $0 | | |

**Loan Type:** Student Loan
**Remark:** Payment deferred

**Late Payments**
31 months
30   60   90
0    0    0

**Last 31 Months:**
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep aug jul jun may apr mar feb '09
OK OK OK OK OK OK OK
dec nov oct sep aug jul jun

### R&G MORTGAGE CORP #13491**

PO BOX 362394
SAN JUAN, PR 00936-2394
(787) 766-8484

| | | | |
|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 08/2007 | **Account Type:** | Mortgage Account |
| **High Balance:** | $16,000 | **Responsibility:** | Individual Account |
| **Collateral:** | Freddie Mac 115510486 | **Date Opened:** | 08/2005 |
| **Past Due:** | $0 | **Date Closed:** | 08/2007 |
| **Terms:** | $170 for 180 months | | |

**Loan Type:** Conventional Real Estate Mtg
**Remark:** Closed

**Late Payments**
23 months
30   60   90
0    0    0

**Last 23 Months:**
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
jul jun may apr mar feb '07 dec nov oct sep aug jul jun may apr mar feb '06 dec nov oct sep

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

### ECONOMIC DEVELOPMENT via FIRST AMERICAN CREDCO

248 FRANKLIN D ROO
AVE STE 305
HATO REY, PR 00917
(787) 274-7474

**Requested On:** 01/19/2011
**Inquiry Type:** Individual

**Permissible Purpose:** CREDIT TRANSACTION

## Inquiry Analysis

The companies listed in the regular inquiry section of your report that received your file in the last 90 days provided the following input on their request.

### FIRST AMERICAN CREDCO

**Requested On:** 01/19/2011

**Identifying information they provided:**
JOSE C VELEZCOLON

POB 142574
ARECIBO, PR 00614

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your credit score.

### SUNCOM - POSTING CODE

PO BOX 6270
GLEN ALLEN, VA 23058-6270
(877) 225-5786

**Requested On:** 10/2010

**SUNCOM - POSTING CODE**

PO BOX 6270                    **Requested On:**        06/2010
GLEN ALLEN , VA 23058-6270
(877) 225-5786

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any credit score (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

### TU INTERACTIVE
100 CROSS ST                   **Requested On:**        03/2011
#202
SAN LUIS OBISP , CA 93301
Phone number not available

### TRANSUNION INTERACTIVE I
100 CROSS ST                   **Requested On:**        02/2011              **Permissible Purpose:** CREDIT MONITORING
STE 202
SAN LUIS OBISP , CA 93401
Phone number not available

### TRANSUNION INTERACTIVE I
100 CROSS ST                   **Requested On:**        02/2011              **Permissible Purpose:** CREDIT MONITORING
STE 202
SAN LUIS OBISP , CA 93401
Phone number not available

### BANK OF AMERICA
4161 PIEDMONT PKWY             **Requested On:**        02/2011
1825 E BUCKEYE RD
GREENSBORO , NC 27410
(800) 451-6362

### TRANSUNION INTERACTIVE I
100 CROSS ST                   **Requested On:**        01/2011              **Permissible Purpose:** CREDIT MONITORING
STE 202
SAN LUIS OBISP , CA 93401
Phone number not available

### TRANSUNION INTERACTIVE I
100 CROSS ST                   **Requested On:**        01/2011              **Permissible Purpose:** CREDIT MONITORING
STE 202
SAN LUIS OBISP , CA 93401
Phone number not available

### EQUIFAX CONSUMER SERVICE
1550 PEACHTREE ST              **Requested On:**        12/2010
ATLANTA , GA 30309
(866) 640-2273

### TRANSUNION INTERACTIVE I
100 CROSS ST                   **Requested On:**        12/2010              **Permissible Purpose:** CREDIT MONITORING
STE 202
SAN LUIS OBISP , CA 93401
Phone number not available

### EQUIFAX CONSUMER SERVICE
1550 PEACHTREE ST              **Requested On:**        12/2010
ATLANTA , GA 30309
(866) 640-2273

### TRANSUNION INTERACTIVE I
100 CROSS ST                   **Requested On:**        12/2010              **Permissible Purpose:** CREDIT MONITORING
STE 202
SAN LUIS OBISP , CA 93401
Phone number not available

### EQUIFAX CONSUMER SERVICE
1550 PEACHTREE ST              **Requested On:**        11/2010
ATLANTA , GA 30309
(866) 640-2273

### TRANSUNION INTERACTIVE I
100 CROSS ST                   **Requested On:**        11/2010              **Permissible Purpose:** CREDIT MONITORING
STE 202
SAN LUIS OBISP , CA 93401
Phone number not available

### EQUIFAX CONSUMER SERVICE
1550 PEACHTREE ST              **Requested On:**        10/2010
ATLANTA , GA 30309